This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-38894**

**AARON GARRETT, as Personal Representative of the Wrongful Death Estate of CHARLES ROMERO, JR., Deceased,**

Plaintiff-Appellant,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY,**

Defendant-Appellee,

and

**LOUIS DURAN,**

Defendant.

Elias Law P.C.
Michael C. Ross
Albuquerque, NM

for Appellant

Stephen M. Simone
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**HANISEE, Chief Judge.**

**{1}** Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

**{2}** DISMISSED.

**{3}** IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**